UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURIE ANN RAVINE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>   *Defendant*. | CASE NO. 15-CV-05215-BJR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Complaint, the briefs of the parties, the Report and Recommendation of the Honorable Richard J. Creatura, United States Magistrate Judge, and the balance of the record, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation and finds that the decision of the Administrative Law Judge is not supported by substantial evidence;

(2) This matter is REVERSED and REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g);

(3) The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendant, and to Judge Creatura.

1

**IT IS SO ORDERED.**

DATED this 7th day of December, 2015.

*Barbara J. Rothstein*

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE